IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JERRY PATRICK WILLIAMS**                                                                                                    **PETITIONER**

v.                                                                                     CIVIL ACTION NO. 1:23-cv-135-TBM-RPM

**KATIE W. SHIREMAN**
*and* **AUSTIN BARNETT**                                                                                                **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum and Order of Dismissal issued this date and incorporated herein by reference,

IT IS ORDERED AND ADJUDGED that this cause is DISMISSED WITHOUT PREJUDICE.

SO ORDERED AND ADJUDGED, this the 7th day of June, 2024.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE